Clerk's Office
United States District Court
Eastern District of New York

---

# NOTICE OF RELATED CASE ASSIGNMENT

---

Civil action 04 CV 5225 was assigned to Judge Hurley and Magistrate Judge Wall as related to 04 CV 02820 on December 2, 2004.

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
Case File