UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALCOA INC. AND REYNOLDS METALS COMPANY,

Plaintiffs,

- against -

ATM, INC.; LATIN IMPORT SRL, S.A.; XETAL, INC. D/B/A APO HEALTH, INC. AND UNIVERSAL MEDICAL DISTRIBUTORS, INC.; DR. JAN STAHL; AMG WORLDWIDE, INC.; GARY GRUENBERG; PURITY WHOLESALE GROCERS, INC. A/K/A SUPREME DISTRIBUTORS COMPANY; AND JOHN DOES 1-50,

Defendants.

04 Civ. No. ______

DECLARATION OF GEOFFREY POTTER

GEOFFREY POTTER declares:

1. I am with the law firm of Kramer Levin Naftalis & Frankel LLP, which, in partnership with the law firm of Fulbright & Jaworski L.L.P., represents plaintiffs Alcoa Inc. and Reynolds Metals Company (collectively, "Alcoa"). I submit this declaration in support of Alcoa's Order To Show Cause For Preliminary Injunction And Expedited Discovery and to place certain facts and documents before the Court.

2. As the accompanying declaration, memorandum of law and the complaint make clear, this action seeks injunctive and other relief under various provisions of the Lanham Act and under New York State statutory and common law, requiring defendants, all of whom are manufacturer, distributors or wholesalers, to cease selling and distributing counterfeit Reynolds Wrap aluminum foil bearing Alcoa's trademarks. Because the continued sale and distribution of these counterfeit products are causing irreparable injury to plaintiff, its goodwill and reputation, plaintiff has today moved by order to show cause for a preliminary injunction and expedited

discovery. Absent this immediate relief, more counterfeit products may find their way to the retail trade and then to consumers before they can be traced.

3. No previous application for this or any similar form of relief has been made.

4. Plaintiff Reynolds Metals Company is the owner of incontestable federal trademark registrations for the REYNOLDS WRAP name and design: Registration No. 677,909, registered in the Principal Register on May 5, 1959, for the REYNOLDS WRAP name; Registration No. 1,067,092, registered in the Principal Register on June 7, 1977, for the REYNOLDS WRAP name and design; and Registration No. 1,070,888, registered in the Principal Register on August 9, 1977, for the REYNOLDS WRAP design. Reynolds Metals Company owns corresponding trademark registrations in at least 53 other countries (collectively, "Reynolds Wrap Marks").

5. Attached hereto as Exhibit A is a true and correct copy of corporate registration statements for defendants ATM, Inc. ("ATM") and Latin Import SRL, S.A. ("Latin Import"). Fred Harrick controls these companies. Defendant Gary Gruenberg ("Gruenberg") is married to Mr. Harrick's sister.

6. Attached hereto as Exhibit B are true and correct copies of invoices between defendant ATM and defendants APO Health, Inc. and Dr. Jan Stahl (collectively, "APO") for tens of thousands of rolls of aluminum foil bearing the Reynolds Wrap Marks. Many of these invoices mention Gruenberg by name: "ATM or Gary Gruenberg will refund deposit if not delivered within 60 days of deposit date [or] if client decides to cancel order."

7. Attached hereto as Exhibit C are true and correct copies of invoices between APO and defendant Purity Wholesale Grocers, Inc. for over 40,000 rolls of aluminum foil bearing the Reynolds Wrap Marks.

8. At Alcoa's request, a court in Panama conducted a seizure raid on the offices in Panama City of Latin Import and ATM. I have reviewed the documents collected by the Panamanian court. These documents confirm that Gruenberg, Latin Import and ATM arranged to have large quantities of aluminum foil and the packaging counterfeited in China.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2004.

Geoffrey Potter

# EXHIBIT A

MASO

PAG. 1

REPUBLICA DE PANAMA

CON REGISTRO PUBLICO DE PANAMA VISTA A LA SOLICITUD 736272

C E R T I F I C A

QUE LA SOCIEDAD :

ATIN IMPORT SRL, S.A.
E ENCUENTRA REGISTRADA LA FICHA 409636 DOC. 297512 DESDE EL
INCO DE DICIEMBRE DE DOS MIL UNO ,
QUE LA SOCIEDAD SE ENCUENTRA VIGENTE

QUE SUS SUSCRIPTORES SON:
( 1 ) JUSTO VILLARREAL
( 2 ) JAIRO ROSARIO

QUE SUS DIRECTORES SON:
1 ) JUSTO VILLARREAL
2 ) CARLOS ESPINOSA
3 ) JAIRO ROSARIO

QUE SUS DIGNATARIOS SON:

| | |
|---|---|
| PRESIDENTE | : JUSTO VILLARREAL |
| TESORERO | : JAIRO ROSARIO |
| SECRETARIO | : CARLOS ESPINOSA |

Y LA REPRESENTACION LEGAL LA EJERCERA:
EN AUSENCIA DEL PRESIDENTE, EJERCERA LAS FUNCIONES EL SECRETARIO.

QUE SU AGENTE RESIDENTE ES: EMIGDIO ANGUIZOLA

QUE SU CAPITAL ES DE ********10,000.00 DOLARES AMERICANOS.

DETALLE DEL CAPITAL :
EL CAPITAL SOCIAL DE LA SOCIEDAD ES DE DIEZ MIL DOLARES DIVIDIDO
EN CIEN ACCIONES DE UN VALOR NOMINAL DE CIEN DOLARES CADA UNA.
LAS ACCIONES PODRAN SER NOMINATIVAS Y/O AL PORTADOR.
QUE SU DURACION ES PERPETUA
QUE SU DOMICILIO ES PANAMA
QUE NO CONSTA PODER INSCRITO.

EXPEDIDO Y FIRMADO EN LA PROVINCIA DE PANAMA , EL VEINTINUEVE DE JULIO
DEL DOS MIL CUATRO A LAS 12:18:58,P.M.

NOTA: ESTA CERTIFICACION PAGO DERECHOS
POR UN VALOR DE B/., 30.00
COMPROBANTE NO. 736272
NO. CERTIFICADO: S. ANONIMA - 576461
FECHA: Jueves 29, Julio DE 2004
// MASO //

KADINE HURTADO
CERTIFICADOR

REPUBLICA DE PANAMA REGISTRO PUBLICO DE PANAMA

RUBRI



REPUBLICA DE PANAMA

# REGISTRO PUBLICO DE PANAMA

CON [illegible] LA SOLICITUD 737034

C E R T I F I C A

------------------------------ QUE LA SOCIEDAD : ------------------------------

TM INC.

E ENCUENTRA REGISTRADA EN LA FICHA: 342272 ROLLO: 58639 IMAGEN: 8
ESDE EL CINCO DE MARZO DE MIL NOVECIENTOS NOVENTA Y OCHO ,

QUE LA SOCIEDAD SE ENCUENTRA VIGENTE

QUE SUS SUSCRIPTORES SON:
( 1 ) RICARDO ISMAEL CHAVEZ
( 2 ) FRED HARRICK

QUE SUS DIRECTORES SON:
1 ) RICARDO ISMAEL CHAVEZ
2 ) FRED HARRICK
3 ) ALBERTO LEVI

QUE SUS DIGNATARIOS SON:

| | |
|---|---|
| PRESIDENTE | : JAIRO ROSARIO |
| TESORERO | : JUSTO VILLARES |
| SECRETARIO | : JAIRO ROSARIO |

.E LA REPRESENTACION LEGAL LA EJERCERA:
ES EL PRESIDENTE, EN AUSENCIA DEL PRESIDENTE, EJERCERA LAS FUNCIONES DE REPRESENTANTE LEGAL EL SECRETARIO.

QUE SU AGENTE RESIDENTE ES: JACOB DANIEL ATIE BRUMMER

QUE SU CAPITAL ES DE ********10,000.00 BALBOAS

DETALLE DEL CAPITAL :
EL CAPITAL SOCIAL DE LA SOCIEDAD ES DE DIEZ MIL BALBOAS (B/.10,000.00) REPRESENTADO POR CIEN (100) ACCIONES DE UN VALOR NOMINAL DE CIEN BALBOAS (B/.100.00) CADA UNA. LAS ACCIONES PODRAN SER EMITIDAS COMO ACCIONES NOMINATIVAS Y/O AL PORTADOR.
QUE SU DURACION ES PERPETUA
QUE SU DOMICILIO ES PANAMA
QUE NO CONSTA PODER INSCRITO.

EXPEDIDO Y FIRMADO EN LA PROVINCIA DE PANAMA , EL VEINTIOCHO DE JULIO DEL DOS MIL CUATRO A LAS 10:48:29,A.M.

OTA: ESTA CERTIFICACION PAGO DERECHOS
POR UN VALOR DE B/. 30.00
COMPROBANTE NO. 737034
NO. CERTIFICADO: S. ANONIMA - 575981
FECHA: Miercoles 28, Julio DE 2004
RUBRI //

REPUBLICA DE PANAMA
REGISTRO PUBLICO DE PANAMA

# EXHIBIT B

ATM, inc
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Pro Forma PROF019

# PROFORMA

Client

Name APO Health
Address 3590 Oceanside Road
City Oceanside, NY 11572
Phone Att. Dr. Jan Stahl

Date 12-Sep-03
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,400 | Reynolds 109153 Roll of 75'x12' Case pack 24 units each | 32.40 | 110,160.00 |
| | CIF CURACAO<br>DELIVERY 60 DAYS UPON DEPOSIT<br>BALANCE DUE UPON NOTICE OF DELIVERY | | |

| | |
|---|---|
| SUBTOTAL | $110,160.00 |
| Less 20% deposit | 22,032.00 |
| | |
| | |
| TOTAL | $88,128.00 |

Payment Detail pago

- (●) Cash
- ( ) Letter of Credit
- ( ) Other

Name ____________
Number ____________
Expire ____________

*Import & Export*

*World Commerce*

ATM, inc
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Pro Forma PROF019

# PROFORMA

Client

| | |
|---|---|
| Name | APO Health |
| Address | 3590 Oceanside Road |
| City | Oceanside, NY 11572 |
| Phone | Att. Dr. Jan Stahl |

| | |
|---|---|
| Date | 18-Sep-03 |
| order # | |

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 5,500 | Reynolds 109283 Roll of 75' 50x18' Case pack 12 units each | 21.36 | 117,480.00 |
| | CIF CURACAO<br>DELIVERY 60 DAYS UPON DEPOSIT<br>BALANCE DUE UPON NOTICE OF DELIVERY | | |

| | |
|---|---|
| SUBTOTAL | $117,480.00 |
| Less 20% deposit | 23,496.00 |
| | |
| | |
| TOTAL | $93,984.00 |

Payment Detail pago

- (●) Cash
- ( ) Letter of Credit
- ( ) Other

Name ____________________
Number ____________________
Expire ____________________

*Import & Export*

ATM, inc
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Pro Forma PROF019

# PROFORMA

Client

Name APO Health
Address 3590 Oceanside Road
City Oceanside, NY 11572
Phone Att. Dr. Jan Stahl

Date 18-Sep-03
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,700 | Reynolds 109183 Roll of 200' 200x12' Case pack 12 units each | 39.00 | 144,300.00 |
| | CIF CURACAO<br>DELIVERY 60 DAYS UPON DEPOSIT<br>BALANCE DUE UPON NOTICE OF DELIVERY | | |

| | |
|---|---|
| SUBTOTAL | $144,300.00 |
| Less 20% deposit | 28,860.00 |
| | |
| | |
| TOTAL | $115,440.00 |

Payment Detail pago

- (●) Cash
- ( ) Letter of Credit
- ( ) Other

Name ____________
Number ____________
Expire ____________

*Import & Export*

*World Commerce*

ATM, inc
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Invoice # 196

# INVOICE

Client
Name APO Health
Address 3590 Oceanside Road
City Oceanside, NY 11572
Phone Att. Dr. Jan Stahl

Date 25-Sep-03
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 5,500 | Reynolds 109283 Roll of HD 75' 50x18' HD<br>case pack 12 units each<br><br>CIF CURACAO<br>DELIVERY 60 DAYS UPON DEPOSIT<br>BALANCE DUE UPON NOTICE OF DELIVERY<br><br>USA Goods USA upc Codes Factory Sealed Cases<br>No inner labels or labels removed from inner carton<br><br>ATM will cover shipping charges over $2,550 from Curacao<br><br>ATM or Gary Gruenberg will refund deposit if not delivered within (<br>within 60 days of deposit date if client decides to cancel<br>order. | 21.36 | 117,480.00 |

| | |
|---|---|
| SUBTOTAL | $117,480.00 |
| Less 20% deposit | 23,496.00 |
| TOTAL | $93,984.00 |

Payment Detail pago
- (●) Cash
- ( ) Letter of Credit
- ( ) Other

Name
Number
Expire

Import & Export

World Commerce

ATM, inc
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Invoice # 197

# INVOICE

Client
Name APO Health
Address 3590 Oceanside Road
City Oceanside, NY 11572
Phone Att. Dr. Jan Stahl

Date 25-Sep-03
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,400 | Reynolds 109153 Roll of 75'x12' Case pack 24 units each | 32.40 | 110,160.00 |
| | CIF CURACAO<br>DELIVERY 60 DAYS UPON DEPOSIT<br>BALANCE DUE UPON NOTICE OF DELIVERY | | |
| | USA Goods USA upc Codes Factory Sealed Cases<br>No inner labels or labels removed from inner carton | | |
| | ATM will cover shipping charges over$2,550 from Curacao | | |
| | ATM or Gary Gruenberg will refund deposit if not delivered within (<br>within 60 days of deposit date if client decides to cancel<br>order. | | |

| | |
|---|---|
| SUBTOTAL | $110,160.00 |
| Less 20% deposit | 22,032.00 |
| | |
| | |
| TOTAL | $88,128.00 |

Payment Detail pago
- (●) Cash
- ( ) Letter of Credit
- ( ) Other

Name
Number
Expire

*Import & Export*

*World Commerce*

Latin Import

Invoice # 197

# INVOICE

**Client**

Name APO Health
Address 3590 Oceanside Road
City Oceanside, NY 11572
Phone Att. Dr. Jan Stahl

Date 21-Ene-04
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,150 | Reynolds 109153 Roll of 75'x12'x15microm Case pack 24 units each | 27.41 | 86,341.50 |

| | |
|---|---|
| SUBTOTAL | $86,341.50 |
| Less 20% deposit | |
| | |
| | |
| TOTAL | $86,341.50 |

Payment Detail pago

- ● Cash
- ○ Letter of Credit
- ○ Other

Name
Number
Expire

*Import & Export*

*World Commerce*

ATM, inc
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Invoice # 197

# INVOICE

Client
Name APO Health
Address 3590 Oceanside Road
City Oceanside, NY 11572
Phone Att. Dr. Jan Stahl

Date 6-Feb-04
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,150 | Reynolds 109153 Roll of 75 sq. Feet (75'x12")<br>Case pack 24 unit each | 32.40 | 102,060.00 |

| | |
|---|---|
| SUBTOTAL | $102,060.00 |
| Less 20% deposit | 22,032.00 |
| TOTAL | $80,028.00 |

Payment Detail pago
- (●) Cash
- ( ) Letter of Credit
- ( ) Other

Name ____________
Number ____________
Expire ____________

*Import & Export*

*World Commerce*

# ATM, inc

Willemstad, Curacao

Tel. 599-9-8339219 Fax 599-9-8339218


Invoice # 196

# INVOICE

Client

Name APO Health

Address 3590 Oceanside Road

City Oceanside, NY 11572

Phone Att. Dr. Jan Stahl

Date 1-Mar-04

order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,888 | Reynolds 109283 Roll of HD 75 sq. Feet (50'x18") HD case pack 12 units each | 21.36 | 83,047.68 |

| | |
|---|---|
| SUBTOTAL | $83,047.68 |
| Less 20% deposit | 23,496.00 |
| Wire 1-3-04 | 93,984.00 |
| | |
| Credit in favor of APO | -$34,432.32 |

Payment Detail pago

- (•) Cash
- ( ) Letter of Credit
- ( ) Other

Name

Number

Expire

*Import & Export*

*World Commerce*

ATM, inc
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Pro Forma 91

# PROFORMA

Client

| | |
|---|---|
| Name | APO Health |
| Address | 3590 Oceanside Road |
| City | Oceanside, NY 11572 |
| Phone | Att. Dr. Jan Stahl |

| | |
|---|---|
| Date | 2-Mar-04 |
| order # | |

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 11,664 | Reynolds 109283 Roll of HD 75' 50x18' Case pack 12 units each | 21.91 | 255,558.24 |
| 9,474 | Reynolds 109153 Roll of 75' 75x12' Case pack 24 units each | 33.14 | 313,968.36 |
| | CIF CURACAO<br>DELIVERY 60 DAYS UPON DEPOSIT<br>BALANCE DUE UPON NOTICE OF DELIVERY | | |

| | |
|---|---|
| SUBTOTAL | $569,526.60 |
| Less 20% deposit | 113,905.00 |
| | |
| | |
| TOTAL | $455,621.60 |

Payment Detail pago

- (●) Cash
- ( ) Letter of Credit
- ( ) Other

Name ____________

Number ____________

Expire ____________

*Import & Export*

*World Commerce*

ATM, inc
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Invoice # 325

# INVOICE

Client
Name: APO Health
Address: 3590 Oceanside Road
City: Oceanside, NY 11572
Phone: Att. Dr. Jan Stahl

Date: 4-Mar-04
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 11,664 | Reynolds 109283 Roll of HD 75 sq. Feet (50'x18") HD case pack 12 units each | 21.91 | 255,558.24 |
| 9,450 | Reynolds 109153 Roll of HD 75 sq. Feet (75'x12") case pack 24 units each | 33.14 | 313,173.00 |

| | |
|---|---|
| SUBTOTAL | $568,731.24 |
| Less 20% deposit | 113,746.25 |
| | |
| | |
| TOTAL | $454,984.99 |

Payment Detail pago
- (●) Cash
- ( ) Letter of Credit
- ( ) Other

Name
Number
Expire

*Import & Export*

*World Commerce*

Directa / Sin Inventario

Latin Import

Invoice # 373

# INVOICE

Client

Name APO Health
Address 3590 Oceanside Road
City Oceanside, NY 115
Phone Att. Dr. Jan Stahl

Date 20-Abr-04
order #

| Case | Description | Case Price | Amount |
| --- | --- | --- | --- |
| 3,862 | Reynolds 109283 Roll of HD 75 sq. Feet (50'x18") HD case pack 12 units each | 18.13 | 70,018.06 |

| | |
| --- | --- |
| SUBTOTAL | $70,018.06 |
| Less deposit | 15,799.64 |
| TOTAL | $54,218.42 |

Payment Detail pago

- ● Cash
- ○ Letter of Credit
- ○ Other

Name
Number
Expire

*Import & Export*

*World Commerce*

ATM, inc
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Invoice # 373

# INVOICE

Client

Name APO Health
Address 3590 Oceanside Road
City Oceanside, NY 115[illegible]
Phone Att. Dr. Jan Stahl

Date 20-Apr-04
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,862 | Reynolds 109283 Roll of HD 75 sq. Feet (50'x18") HD case pack 12 units each | 21.91 | 84,616.42 |

| | |
|---|---|
| SUBTOTAL | $84,616.42 |
| Less deposit | 18,957.71 |
| | |
| | |
| TOTAL | $65,658.71 |

Payment Detail pago

- ◉ Cash
- ○ Letter of Credit
- ○ Other

Name
Number
Expire

*Import & Export*

*World Commerce*

# EXHIBIT C

APO HEALTH INC. /UNIVERSAL MEDICAL INC.
3590 OCEANSIDE ROAD
OCEANSIDE, NY 11572
APO-1-800-365-2839 / UNIV-1-800-362-3325

PICKING TICKET

Date : 04/27/04 No. : 55203
Req. Date: 04/27/04 Page: 1

Ship to/Remark

SUPR P
Supreme/Purity
AAA
300 Purity Drive (bill to)
Lebanon IN 46052

| Zone | FOB | Terms | Your# | Rep. |
|---|---|---|---|---|
| | | ROG | 971305 | JS |

| Item Number | Description | Ordered | Ship | BIN |
|---|---|---|---|---|
| REY028 | Reynolds Wrap Hvy Dty12/75ft | 1012.0 | ~~1012.0~~ 1011 Total | |

1011 Total Cases
[signature]
10 Pallets
5/14/04

Cheria Transportation
Friday 1:00 PM

FROM : DEPAUL———RUCE BE PHONE NO. : 305 662 2540 Aug. 25 2004 02:08PM P1
May 10 04 05:35p JStahl APO Health

APO HEALTH INC. /UNIVERSAL MEDICAL INC.
3590 OCEANSIDE ROAD
OCEANSIDE, NY 11572
APO-1-800-365-2839 / UNIV-1-800-362-3325

PICKING TICKET

Date : 04/27/04 No. : 55204
Req. Date: 04/27/04 Page: 1

Ship to/Remark

SUPR P
Supreme/Purity
AAA
300 Purity Drive (bill to)
Lebanon IN 46052

| Zone | FOB | Terms | Your# | Rep. |
|---|---|---|---|---|
| | | ROG | 971304 | JS |

| Item Number | Description | Ordered | Ship | BIN |
|---|---|---|---|---|
| REY028 | Reynolds Wrap Hvy Dty12/75ft | 2850.0 | 2850.0 | |

29 pallets

Friday 9 AM

Cherin Transportation

SEAL # CO 30740

5/13/04

29 pallets on
40 pallets off

[signature]