UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALCOA INC. AND REYNOLDS METALS COMPANY,

Plaintiffs,

- against -

ATM, INC.; LATIN IMPORT SRL, S.A.; XETAL, INC. D/B/A APO HEALTH, INC. AND UNIVERSAL MEDICAL DISTRIBUTORS, INC.; DR. JAN STAHL; AMG WORLDWIDE, INC.; GARY GRUENBERG; PURITY WHOLESALE GROCERS, INC. A/K/A SUPREME DISTRIBUTORS COMPANY; AND JOHN DOES 1-50,

Defendants.

04 Civ. No. _____

DECLARATION OF AMY HOLLISTER

AMY HOLLISTER declares:

1. I make this declaration on personal knowledge in support of the Order To Show Cause For Preliminary Injunction And Expedited Discovery submitted by plaintiffs Alcoa Inc. and Reynolds Metals Company (collectively, "Alcoa").

2. I currently hold the position of Associate Brand Manager, Reynolds Foil Products at Alcoa.

3. As a result of extensive promotion, millions of people worldwide recognize boxes bearing the Reynolds Wrap name and distinctive packaging as containing high quality aluminum foil manufactured and distributed by Alcoa. An independent brand study recently ranked Reynolds Wrap aluminum foil as the number one brand name in overall brand equity in the United States, placing Reynolds Wrap ahead of such famous brands as Hershey's Milk Chocolate candy bars and Heinz Ketchup. Attached hereto as Exhibit A is a HarrisInteractive press release entitled "Reynolds Wrap aluminum foil ranks #1 in OVERALL Brand Equity."

4. Alcoa operates a toll-free consumer hotline. Recently consumers have called the toll-free hotline to complain about the inferior quality of the heavy duty foil on the market bearing Reynolds Wrap name and distinctive packaging. I have personally spoken to many of these consumers and they report that they believe that Alcoa has degraded the quality of its foil.

5. Alcoa has engaged and continues to engage in interstate and international activities designed to promote Reynolds Wrap aluminum foil and the business and goodwill associated with each of its trademarks and to expand the use and reputation of its trademarks, trade dress, logos and property in the state of New York, throughout the United States and worldwide. If defendants are not stopped from selling counterfeit Reynolds Wrap aluminum foil, these trademarks will suffer serious damage. When consumers spend their money believing that they are purchasing authentic high-quality Reynolds Wrap aluminum foil but are instead unintentionally buying low-quality counterfeit products, Alcoa loses not only sales, but also its hard earned reputation.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on December 1, 2004.

Amy Hollister

Amy Hollister

# EXHIBIT A

HarrisInteractive®

# Reynolds Wrap Aluminum Foil ranks #1 in OVERALL Brand Equity

*Spring 2004 EquiTrend Brand Study released with enhanced measurements*

**ROCHESTER, N.Y. – June 22, 2004 –** The Harris Interactive® Brand and Reputation Practice today released the 2004 edition of EquiTrend®, a unique measurement and comparison tool for over 1,000 brands in 35 categories. The new results rank Reynolds Wrap Aluminum Foil as the number one brand in overall brand equity, followed closely by Hershey's Milk Chocolate Candy Bars, Ziploc Food Bags and Heinz Ketchup.

EquiTrend's normative database extends back to 1989, and provides an exclusive look at the evolution of **consumer perceptions** of brands. This year, Harris Interactive brand strategists and methodologists enhanced the measurement system to provide brand managers with a more comprehensive diagnostic. The redesigned EquiTrend now serves as a succinct, yet multi-faceted, approach to brand equity benchmarking. Instead of relying on Quality and Salience alone, EquiTrend now has five key measures:

1. Familiarity
2. Quality
3. Purchase Intent
4. Brand Expectations
5. Distinctiveness

"A concentrated, dynamic measurement of brand health, EquiTrend allows an intuitive comparison of brands across product categories," said Deanna Wert, vice president of research, for Harris Interactive. "In our measurement, basic awareness – a mass of 'familiarity' – forms the foundation for the brand. The momentum is measured by the promise of quality and purchase potential. We measure all these aspects in our equity score and further our understanding with descriptive variables: brand expectations and distinctiveness."

With these improvements, EquiTrend effectively provides a concise understanding of a large number of brands, viewed from a wider angle. It provides big-picture perspective: an understanding of a brand's widest appeal among the general population, and its status within the universe of brands at large.

**Table 1**

**Top Ten Scoring Brands for Overall Brand Equity**

**(Among 1,031 brands)**

| **Brand** | Rank | Equity* | Quality | Familiarity %** | Purchase Intent | Brand Expectations | Distinctiveness |
|---|---|---|---|---|---|---|---|
| Reynolds Wrap Aluminum Foil | 1 | 75.1 | 7.47 | 96 | 9.00 | 7.93 | 6.70 |
| Hershey's Milk Chocolate Candy Bars | 2 | 74.0 | 7.51 | 97 | 8.67 | 7.93 | 7.00 |
| Ziploc Food Bags | 3 | 73.6 | 7.44 | 97 | 8.85 | 7.72 | 6.53 |
| Heinz Ketchup | 4 | 72.9 | 7.36 | 97 | 8.72 | 7.73 | 6.48 |
| Duracell Batteries | 5 | 72.5 | 7.36 | 97 | 8.75 | 7.58 | 6.29 |
| WD-40 Spray Lubricant | 6 | 72.3 | 7.48 | 92 | 8.67 | 7.99 | 7.03 |
| Kleenex Facial Tissues | 7 | 72.3 | 7.30 | 94 | 8.73 | 7.68 | 6.06 |
| Kraft | 8 | 72.2 | 7.30 | 95 | 8.69 | 7.51 | 6.38 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clorox Bleach | 9 | 72.1 | 7.36 | 95 | 8.60 | 7.55 | 6.52 |
| Oreo Cookies | 10 | 71.6 | 7.37 | 96 | 8.36 | 7.69 | 7.21 |

Selected categories are displayed below, and each is ranked on the new Equity score.

Table 2

Retail Brands

(Among 97 brands in category)

| Brand | Rank | Equity* | Quality | Familiarity% ** | Purchase Intent | Brand Expectations | Distinctiveness |
|---|---|---|---|---|---|---|---|
| Wal-Mart Discount Stores | 1 | 70.8 | 6.94 | 96 | 8.52 | 6.99 | 6.27 |
| Home Depot Home Improvement Retailer | 2 | 68.9 | 7.08 | 90 | 8.42 | 7.12 | 6.42 |
| Target Stores | 3 | 68.0 | 6.96 | 93 | 8.29 | 7.00 | 6.14 |
| Barnes & Noble Book Stores | 4 | 67.2 | 7.24 | 88 | 8.13 | 7.35 | 6.52 |
| Best Buy | 5 | 66.1 | 6.95 | 89 | 8.19 | 6.88 | 5.82 |
| Lowe's Home Improvement Warehouses | 6 | 65.5 | 7.02 | 82 | 8.10 | 6.96 | 5.85 |
| Borders Book Stores | 7 | 63.9 | 7.07 | 61 | 7.93 | 6.98 | 5.64 |
| Office Depot Office Supply Stores | 8 | 63.8 | 6.79 | 88 | 8.01 | 6.72 | 5.32 |
| Sam's Club | 9 | 63.1 | 6.92 | 82 | 7.68 | 6.64 | 5.91 |
| Toys R Us Stores | 10 | 62.5 | 6.95 | 93 | 7.54 | 6.71 | 6.27 |

Table 3

Online Brands

(Among 42 brands in category)

| Brand | Rank | Equity* | Quality | Familiarity% ** | Purchase Intent | Brand Expectations | Distinctiveness |
|---|---|---|---|---|---|---|---|
| Google.com | 1 | 69.3 | 7.43 | 85 | 8.23 | 7.44 | 6.65 |
| Yahoo! | 2 | 68.0 | 7.20 | 93 | 7.98 | 7.07 | 6.36 |
| Microsoft.com | 3 | 63.2 | 6.88 | 88 | 7.67 | 6.42 | 6.22 |
| HistoryChannel.com | 4 | 62.7 | 7.20 | 79 | 7.69 | 6.97 | 6.59 |
| BarnesAndNoble.com (bn.com) | 5 | 61.8 | 7.03 | 75 | 7.60 | 6.69 | 5.79 |
| Hallmark.com | 6 | 61.6 | 7.14 | 68 | 7.51 | 6.85 | 5.91 |
| Amazon.com | 7 | 61.5 | 6.94 | 77 | 7.55 | 6.69 | 6.33 |
| Discovery.com | 8 | 60.7 | 7.11 | 62 | 7.43 | 6.97 | 6.18 |
| eBay | 9 | 60.3 | 6.89 | 85 | 7.35 | 6.24 | 6.97 |
| BestBuy.com | 10 | 59.9 | 6.76 | 78 | 7.50 | 6.41 | 5.53 |

Table 4

Case 2:04-cv-05225-DRH-WDW Document 6 Filed 12/05/04 Page 6 of 7 PageID #: 62

Financial Services/Insurance Brands

(Among 59 brands in category)

| Brand | Rank | Equity* | Quality | Familiarity% ** | Purchase Intent | Brand Expectations | Distinctiveness |
|---|---|---|---|---|---|---|---|
| Visa | 1 | 65.2 | 6.97 | 94 | 7.76 | 6.75 | 5.53 |
| MasterCard | 2 | 61.4 | 6.81 | 91 | 7.34 | 6.30 | 5.23 |
| American Express Travelers Cheques | 3 | 55.8 | 7.00 | 73 | 6.81 | 6.46 | 5.97 |
| Blue Cross/Blue Shield Insurance | 4 | 52.2 | 6.33 | 81 | 6.41 | 5.34 | 4.94 |
| Discover | 5 | 52.0 | 6.58 | 77 | 6.28 | 5.73 | 5.01 |
| Citibank | 6 | 51.6 | 6.40 | 72 | 6.26 | 5.49 | 4.69 |
| State Farm Insurance | 7 | 51.3 | 6.39 | 78 | 6.14 | 5.60 | 4.90 |
| Washington Mutual | 8 | 51.1 | 6.70 | 36 | 6.29 | 6.00 | 5.16 |
| Bank of America | 9 | 50.6 | 6.35 | 74 | 6.06 | 5.59 | 4.90 |
| USAA Financial Services | 10 | 50.4 | 6.87 | 14 | 6.04 | 5.41 | 4.68 |

Table 5

Telecommunications Brands

(Among 22 brands in category)

| Brand | Rank | Equity* | Quality | Familiarity% ** | Purchase Intent | Brand Expectations | Distinctiveness |
|---|---|---|---|---|---|---|---|
| Nokia Cellular Phones | 1 | 57.6 | 6.67 | 76 | 6.93 | 6.24 | 5.22 |
| Motorola Cellular Phones | 2 | 56.2 | 6.83 | 69 | 6.86 | 6.18 | 5.26 |
| LG | 3 | 55.0 | 6.75 | 13 | 6.76 | 6.21 | 5.22 |
| Verizon Communications | 4 | 54.7 | 6.48 | 79 | 6.69 | 5.76 | 5.11 |
| SBC Communications | 5 | 53.3 | 6.24 | 39 | 6.63 | 5.48 | 4.51 |
| Verizon Wireless | 6 | 52.1 | 6.37 | 75 | 6.43 | 5.50 | 4.99 |
| AT&T | 7 | 51.9 | 6.15 | 93 | 6.21 | 5.21 | 4.75 |
| Cingular Wireless | 8 | 46.8 | 6.18 | 65 | 5.83 | 5.06 | 4.57 |
| AT&T Long Distance Services | 9 | 46.7 | 6.00 | 85 | 5.74 | 4.98 | 4.30 |
| Virgin Mobile | 10 | 46.7 | 6.27 | 24 | 5.69 | 5.22 | 4.84 |

* Equity is a combination of the Quality, Familiarity and Purchase Intent variables, calculated by:

1. Indexing Quality, Familiarity and Purchase Intent on a scale of 1- 10

2. Weighted Familiarity* is then multiplied by the mean of Quality and Purchase Intent
3. The result is indexed on a scale of 1-100

(*Familiarity weights: 10 = 1; 7.75 = .9; 5.5 = .8) Since Familiarity was asked on a scale of 1-5, the answers are individually calibrated on a 1-10 scale for this equation.

** Percent of respondents who indicated they were (Top 3 Box) somewhat, very or extremely familiar with a brand.

**Methodology**

- Harris Interactive conducted the online survey among a nationwide cross section of 24,046 consumers aged 15 and over between April 23 and May 24, 2004.
- The total number of brands rated was 1,031, which includes 180 media brands (print and broadcast). Each respondent was asked to rate a total of 80 brands, including 20 core brands (rated by the total sample) and 60 randomly selected brands. Each brand received approximately 1,200 ratings.
- Brands were randomized so brands did not always appear in the same order on the screen. The 20 core brands rated by all respondents were used to calibrate the data using Harris Interactive's proprietary bias correction (TRBC™). TRBC purifies the goodwill measure to eliminate biases inherent in the use of rating scales that can distort results and make comparisons among subgroups misleading.

**Regarding new measures:**

- 'Familiarity' now replaces 'Salience'. In the past, Salience reflected a percentage of total respondents who rated a brand's quality. For Familiarity, we ask respondents to state their familiarity on 1-5 scale before rating a brand's quality.
- Quality scores are based on the respondents who indicated they were (Top 3 Box) somewhat, very or extremely familiar with a brand.
- Overall, the scores and ranking are very similar to the past. This year the measures are more sensitive; a respondent's familiarity has been established with a brand in order to rate it on Quality, Purchase Intent, Brand Expectations and Distinctiveness.

**For more information and details about the EquiTrend, please go to www.harrisinteractive.com/equitrend.**

**About Harris Interactive®**

**Harris Interactive** (www.harrisinteractive.com) is a worldwide market research and consulting firm best known for ***The Harris Poll®***, and for pioneering the Internet method to conduct scientifically accurate market research. Headquartered in Rochester, New York, Harris Interactive combines proprietary methodologies and technology with expertise in predictive, custom and strategic research. The Company conducts international research from its U.S. offices and through wholly owned subsidiaries—London-based **HI Europe** (www.hieurope.com), Paris-based **Novatris** and Tokyo-based **Harris Interactive Japan**—as well as through the Harris Interactive Global Network of independent market- and opinion-research firms. **EOE M/F/D/V**

To become a member of the Harris Poll Online℠ and be invited to participate in future online surveys, visit www.harrispollonline.com.

**Press Contact:**

Nancy Wong
Harris Interactive
585.214.7316
nwong@harrisinteractive.com