UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ALCOA INC. AND REYNOLDS METALS COMPANY,

Plaintiffs,

- against -

ATM, INC.; LATIN IMPORT SRL, S.A.; XETAL, INC. D/B/A APO HEALTH, INC. AND UNIVERSAL MEDICAL DISTRIBUTORS, INC.; DR. JAN STAHL; AMG WORLDWIDE, INC.; GARY GRUENBERG; PURITY WHOLESALE GROCERS, INC. A/K/A SUPREME DISTRIBUTORS COMPANY; AND JOHN DOES 1-50,

Defendants.

---------------------------------------------------------------- X

04 Civ. No. _____

DECLARATION OF BRUCE ROBBINS

BRUCE ROBBINS declares:

1. I make this declaration on personal knowledge in support of the Order To Show Cause For Preliminary Injunction And Expedited Discovery submitted by plaintiffs Alcoa Inc. and Reynolds Metals Company (collectively, "Alcoa").

2. I received a bachelor's degree in chemistry from Carnegie-Mellon University and have been employed by Alcoa since 1976. I am currently the Consumer and Foodservice Technology Manager at Alcoa, a position I have held since 2000.

3. As part of my responsibilities, I support the technology needs of consumer products, including Reynolds Wrap aluminum foil. Since 1997, I have worked with technology support for Alcoa's consumer goods packaging, including Reynolds Wrap aluminum foil. I am very familiar with genuine Reynolds Wrap aluminum foil and the labeling and packaging for Reynolds Wrap aluminum foil.

4. On November 22, 2004, I received aluminum foil with its packaging purporting to be Reynolds Wrap heavy duty aluminum foil, that was sent to Alcoa from a consumer who had complained about the quality of the foil she had purchased.

5. I have examined the packaging of the aluminum foil and have determined that it is counterfeit for at least the following reasons:

- The counterfeit carton was not printed using the gravure printing process used to print our authentic cartons.
- The counterfeit carton is missing a date code.
- The counterfeit carton has fewer glue dots than the number of glue dots used on authentic cartons.
- The ends of the counterfeit carton were sealed with hot melt glue only using an in-line pattern. The ends of authentic cartons are sealed with both hot melt glue and cold glue using a dot pattern.
- The cutter bar on the counterfeit carton has fewer teeth per inch than the cutter bar on authentic cartons.
- The staking pattern and distance between stakes on the cutter bar of the counterfeit carton is different from the staking pattern and distance between stakes on the cutter bar of authentic cartons.
- The counterfeit carton is missing registration marks and carton identification numbers on the end flaps of the carton.

6. I have also examined the actual aluminum foil that I received and I have determined that it is counterfeit for at least the following reasons:

- The gauge of the counterfeit foil is thinner than the gauge of the authentic heavy duty aluminum foil.
- The Mullen value (i.e., burst strength) of the counterfeit foil differs from that of authentic foil.
- The counterfeit foil is narrower than the authentic heavy duty foil and is typical of the size of foil sold outside of the United States.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on December 1, 2004.

Bruce Robbins