FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 18 2005 ★
LONG ISLAND OFFICE

**UNITED STATES DISCTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALCOA INC. AND REYNOLDS METALS COMPANY,

Plaintiffs,

- against -

ATM, INC.; LATIN IMPORT SRL, S.A.; XETAL, INC. D/B/A APO HEALTH, INC. AND UNIVERSAL MEDICAL DISTRIBUTORS, INC.; DR. JAN STAHL; AMG WORLDWIDE, INC.; GARY GRUENBERG; PURITY WHOLESALE GROCERS, INC. A/K/A SUPREME DISTRIBUTORS COMPANY; AND JOHN DOES 1-50,

Defendants.

04 Civ. No. 5225 (DRH)

**ANSWER AND CROSS-CLAIM**

JAN 24 2005

COMES NOW AMG WORLDWIDE, INC., appearing herein through its duly authorized officer and GARY GRUENBERG, appearing *in propria persona* and for Answer to the Complaint in the above numbered and entitled cause respectfully aver:

NATURE OF THE ACTION

1. Denied for want of sufficient information to otherwise plead.

JURISDICTION AND VENUE

2. Denied.

3. Denied.

4. Denied for want of sufficient information to otherwise plead.

5. Denied for want of sufficient information to otherwise plead.

6. Denied for want of sufficient information to otherwise plead.

7. Denied for want of sufficient information to otherwise plead.

8. Admitted as to the residence of Gary Gruenberg in Florida, otherwise denied.

9. Admitted insofar as Gruenberg is the principal and owner of AMG, otherwise denied.

10. Denied, Defendants demand strict proof thereof.

11. Denied for want of sufficient information to otherwise plead.

12. Denied for want of sufficient information to otherwise plead.

13. Denied for want of sufficient information to otherwise plead.

14. Denied for want of sufficient information to otherwise plead.

15. Denied for want of sufficient information to otherwise plead.

THE FACTS

16. Denied for want of sufficient information to otherwise plead.

17. Denied for want of sufficient information to otherwise plead.

18. Denied for want of sufficient information to otherwise plead.

19. Denied for want of sufficient information to otherwise plead.

SALE AND DISTRIBUTION OF THE COUNTERFEIT REYNOLDS WRAP ALUMINUM FOIL

20. Denied.

21. Denied for want of sufficient information to otherwise plead.

22. Denied, Defendants demand strict proof thereof.

23. Denied.

FIRST CAUSE OF ACTION: FEDERAL TRADEMARK INFRINGEMENT

24. Denied.

25. Denied.

SECOND CAUSE OF ACTION:
FEDERAL TRADEMARK INFRINGEMENT

26. Denied.

27. Denied.

THIRD CAUSE OF ACTION:
FEDERAL FALSE DESCRIPTION AND
FALSE DESIGNATION OF ORIGIN IN COMMERCE

28. Denied.

29. Denied.

FOURTH CAUSE OF ACTION:
FEDERAL FALSE ADVERTISING

30. Denied.

31. Denied.

FIFTH CAUSE OF ACTION:
FEDERAL DILUTION OF MARK

32. Denied.

33. Denied for want of sufficient information to otherwise plead.

34. Denied, Defendants demand strict proof thereof.

35. Denied, Defendants demand strict proof thereof.

SIXTH CAUSE OF ACTION:
NEW YORK DILUTION OF MARK
AND INJURY TO BUSINESS REPUTATION

36. Denied.

37. Denied for want of sufficient information to otherwise plead.

38. Denied, Defendants demand strict proof thereof.

SEVENTH CAUSE OF ACTION:
NEW YORK DECEPTIVE BUSINESS PRACTICES

39. Denied.

40. Denied, Defendants demand strict proof thereof.

EIGHTH CAUSE OF ACTION:
COMMON LAW UNFAIR COMPETITION

41. Denied.

42. Denied, Defendants demand strict proof thereof.

NINTH CAUSE OF ACTION:
COMMON LAW UNJUST ENRICHMENT

43. Denied.

44. Denied, Defendants demand strict proof thereof.

RELIEF SOUGHT

45. Denied, Defendants demand strict proof thereof.

AND FOR FURTHER ANSWER, these Defendants further aver, with respect:

AFFIRMATIVE DEFENSES

**First Affirmative Defense**

46. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**Second Affirmative Defense**

47. This Court lacks personal jurisdiction of Defendants.

**Third Affirmative Defense**

48. The Complaint fails to allege facts with sufficient particularity.

**Fourth Affirmative Defense**

49. Plaintiff has failed to join all necessary parties.

**Fifth Affirmative Defense**

50. Defendants have not used Plaintiff's marks in commerce.

**Sixth Affirmative Defense**

51. Defendants did not reproduce, counterfeit, copy or colorably imitate a registered mark belonging to Plaintiff.

**Seventh Affirmative Defense**

52. Defendants did not sell any counterfeit products.

**Eighth Affirmative Defense**

53. All actions of Defendant Gary Gruenberg Complained of were carried out in his capacity as an officer of Defendant AMG Worldwide, Inc.

**CROSS-CLAIMS**

AND FOR FURTHER ANSWER, and assuming the role of Cross-Claim Plaintiffs, Defendants AMG Worldwide, Inc. and Gary Gruenberg further aver:

**Parties, Jurisdiction and Venue**

1. AMG Worldwide, Inc. ("AMG") is a corporation organized under the laws of the State of Florida, with its principal place of business in the County of Miami-Dade, State of Florida.

2. Upon information and belief Defendant ATM has a principal place of business in the country of Panama. Jurisdiction over ATM is proper pursuant to FRCP 4(k)(1) and (2) and pursuant to C.P.L.R. § 302.

3. The Court has jurisdiction over the Cross-Claim pursuant 28 U.S.C.1332 and 1367.

4. Venue is proper pursuant to 28 U.S.C. 1391.

**Facts Common to Cross-Claim**

5. AMG acted solely as broker to ATM and its role was limited to that of a broker.

6. AMG did not manufacture, sell, ship or distribute any products that are the subject of this suit.

7. AMG never had possession or title to any products made the subject of this suit.

FIRST CAUSE OF ACTION: INDEMNIFICATION

8. Cross-Claim Plaintiff repeats and re-avers all prior allegations as if set forth herein *in extensor* and further avers:

9. That if Plaintiff sustained any injury or damage as alleged in the Complaint, then any such damage will have been caused in whole or in part by the culpable conduct of Defendant ATM.

10. That Defendant ATM is primarily liable for any damages sustained by Plaintiff and is therefore required to indemnify Cross-Claim Plaintiffs, including but not limited to any damages, costs and attorney's fees for which Cross-Claim Plaintiffs may be cast in judgment.

11. That the amount of damages that Cross-Claim Plaintiffs may be entitled to is not at this time known.

SECOND CAUSE OF ACTION: CONTRIBUTION

12. Cross-Claim Plaintiffs repeat and re-aver all prior allegations as if fully set forth herein *in extenso* and further aver:

13. In the event that Plaintiff recovers a verdict or judgment against AMG or Gruenberg then such damages contained in said judgment will have been caused in whole or in part by the culpable conduct of ATM.

14. That Cross Plaintiffs are therefore entitled to contribution from ATM in accord with ATM's relative culpability.

WHEREFORE, Cross-Claim Plaintiffs pray that:

A. An Order declaring ATM liable to Cross-Claim Plaintiff for any damages sustained by Plaintiff;

B. An Order requiring ATM to assume all obligations and to indemnify and hold harmless Cross-Claim Plaintiff from any damages or judgment for which it may be cast;

C. An Order that Cross-Claim Plaintiff is entitled to contribution from ATM;

D. An award of damages to Cross-Claim Plaintiff for ATM's culpable conduct in an amount to be determined at trial on the merits; and

E. For such other relief as law, equity and the nature of the case shall require.

Respectfully submitted,

AMG WORLDWIDE, INC.
1000 W. Island Blvd. #1009
Aventura, FL 33160
305-491-3878

By: ______________________
Gary Gruenberg

GARY GRUENBERG
*In propria persona*
1000 W. Island Blvd. #1009
Aventura, FL 33160
305-491-3878

By: ______________________
Gary Gruenberg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed in the Office of the Clerk for the United States District Court, Eastern District of New York and a true and correct copy of the same has been provided to counsel listed below via U.S. Mail on this 13th day of January, 2005.

Stanley Goodman, Esq.
Goodman & Saperstein
666 Old Country Road
Suite 406
Garden City, NY 11530

Joseph Goldberg, Esq.
Bondy & Schloss LLP
60 East 42nd Street
New York, NY 10165

Guy Taft, Esq.
Straus & Troy, LPA
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202

Alan Pullin, Esq.
Webber & Pullin, LLP
7600 Jericho Turnpike
Suite 200
Woodbury, NY 11797

Geoffrey Potter, Esq.
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852

Yehudis Lewis, Esq.
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852

Mark Mutterperl, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

Nathan Alexander, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

AMG WORLDWIDE, INC.
1000 W. Island Blvd. #1009
Aventura, FL 33160
305-491-3878

By:______________________
Gary Gruenberg, President

GARY GRUENBERG
*Pro Se*
1000 W. Island Blvd. #1009
Aventura, FL 33160
305-491-3878

By:______________________
Gary Gruenberg