FULBRIGHT & JAWORSKI L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
666 FIFTH AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10103-3198
WWW.FULBRIGHT.COM

MARK N. MUTTERPERL
PARTNER
MMUTTERPERL@FULBRIGHT.COM

DIRECT DIAL: (212) 318-3183
TELEPHONE: (212) 318-3000
FACSIMILE: (212) 318-3400

August 31, 2005

**Original via ECF and Courtesy Copy by Federal Express**

Honorable William D. Wall
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, Courtroom 820
P.O. Box 9014
Central Islip, New York 11722-9014

Re: The Procter & Gamble Company v. Xetal, Inc., et al.
Case No. 04 civ. 2820 (DRH)

Alcoa Inc. and Reynolds Metals Company v. ATM, Inc., et al.
Case No. 04-CV-5225(DH)(MJW)

Dear Magistrate Judge Wall:

We received today a letter from counsel for APO Health, Inc. in the above-referenced actions. Counsel has asked the Court to hold settlement discussions on two separate lawsuits at the same time that the Court has scheduled oral argument on a discovery motion in the Procter & Gamble case. On behalf of plaintiffs in both actions, we oppose this request as premature. Among other reasons, we are in the process of scheduling the deposition of APO Health, Inc. and its principal.

Thank you for your consideration of this matter.

Very truly yours,

Mark N. Mutterperl

MNM/rh

25572123.1

cc (via facsimile):

| | |
|---|---|
| Dr. Jan Stahl | Allan L. Pullin, Esq. |
| Joseph Goldberg, Esq. | R. Guy Taft, Esq. |
| Michael R. Miller, Esq. | Gary Gruenberg (via Federal Express) |
| Sylvia Gruenberg | Andre K. Cizmarik, Esq. |
| Don Gonzalez, Esq. | Stanley Goodman, Esq. |
| DLR Distribution, Inc. | Global Marketing Center |
| Alan Cohen | Top General Merchandise |
| David Minsky | Council Rock Medical Supply, Inc. |