UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALCOA INC. and REYNOLDS METALS COMPANY, Plaintiffs, v. ATM, INC.; LATIN IMPORT SRL, S.A. et al., Defendants. | X : : : X | 04 Civ. 5225 (DRH) <br> <u>Declaration of Geoffrey Potter</u> |

GEOFFREY POTTER, declares as follows, under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a Member of the Bar of this Court and am with the law firm of Kramer Levin Naftalis & Frankel LLP, which together with co-counsel Fulbright & Jaworski L.L.P., are attorneys for plaintiffs Alcoa, Inc. and Reynolds Metals Company (together, "Alcoa" or "Plaintiffs"). I submit this declaration in support of Alcoa's claim for statutory and punitive damages, plus interest, against defendant Herman Donnenfeld.

2. In November 2004, Alcoa obtained an order from the Panamanian court authorizing Alcoa to search defendant Fred Harrick's offices and computers for evidence concerning Harrick's counterfeiting activities.

3. By ex parte order dated December 3, 2004, Judge Hurley authorized Alcoa to search Donnenfeld's home, office and computers for evidence concerning Donnenfeld's purchase or sale of counterfeit Reynold's Wrap aluminum foil.

4. Attached hereto as Exhibit 1 is a copy of an invoice issued by defendant ATM, Inc. to Global Cosmetics International for 3,888 cases of "Reynolds 109283" heavy duty foil.

5. Attached hereto as Exhibit 2 is a copy of an invoice issued by defendant ATM, Inc. to Global Cosmetics International for 3,150 cases of "Reynolds 109153" foil.

6. Attached hereto as Exhibit 3 is a copy of a purchase order from Commonwealth Wholesale Corporation addressed to Eurtra/Euro Trade Services for 3,888 cases of "Reynolds" heavy duty foil.

7. Attached hereto as Exhibit 4 is a copy of a purchase order from Commonwealth Wholesale Corporation addressed to Eutra/Euro Trade Services for 3,150 cases of "Reynolds" foil.

8. Attached hereto as Exhibit 5 is a copy of an invoice issued by Euro-Trade Services to Commonwealth Wholesale Corporation for 3,888 cases of "Reynolds 109283" heavy duty foil.

9. Attached hereto as Exhibit 6 is a copy of an invoice issued by Euro-Trade Services to Commonwealth Wholesale Corporation for 3,150 cases of "Reynolds 109153" foil.

10. Attached hereto as Exhibit 7 is a copy of a screen shot of activity in a Wachovia Bank account.

11. Attached hereto as Exhibit 8 is a copy of a receipt from Universal Warehouse & Distribution Service, Inc. for "Reynolds Wrap."

12. Attached hereto as Exhibit 9 is a copy of an invoice issued by Universal Warehouse & Distribution Service, Inc. to Global Cosmetics International.

14. Attached hereto as Exhibit 10 is a copy of a string of emails between Justo Villarreal of Latin Import and Mike Xu of Ningbo Ashburn Aluminum Foil.

15. Attached hereto as Exhibit 11 is a copy of a string of emails between Justo Villarreal of Latin Import and Mike Xu of Ningbo Ashburn Aluminum Foil.

16. Attached hereto as Exhibit 12 is a copy of a string of emails between Justo Villarreal of Latin Import and Mike Xu of Ningbo Ashburn Aluminum Foil.

17. Attached hereto as Exhibit 13 is a copy of a string of emails between Just Villarreal of Latin Import and Mike Xu of Ningbo Ashburn Aluminum Foil.

18. Attached hereto as Exhibit 14 is a copy of a string of emails between Just Villarreal of Latin Import and Mike Xu of Ningbo Ashburn Aluminum Foil.

19. Attached hereto as Exhibit 15 is a copy of a Purchase Order from Latin Import to Ningbo Ashburn Aluminum Foil for "Reynolds" foil.

20. Attached hereto as Exhibit 16 is a copy of a Purchase Order from Latin Import to Ningbo Ashburn Aluminum Foil for "Reynolds" foil.

21. Attached hereto as Exhibit 17 are copies of written customer complaints received by Alcoa.

22. Attached hereto as Exhibit 18 is a copy of Judge Hurley's Order dated August 15, 2007.

23. Attached hereto as Exhibit 19 is a copy of this Court's Order dated September 6, 2007.

Executed this 15th day of October, 2007

Geoffrey Potter

# EXHIBIT 1

**ATM, inc**
**Willemstad, Curacao**
**Tel. 599-9-8339219 Fax 599-9-8339218**

Invoice # **242**

# INVOICE

Client
Name GLOBAL COSMETIC INTERNATIONAL
Address 159 Lakeville Road, New Hyde Park
City New York, USA
Phone 516-352-3500

Date 30-Mar-04
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,888 | Reynolds 109283 Roll of HD 75 sq. Feet (50'x18") HD case pack 12 units each | 21.91 | 85,186.08 |
| | GOODS ARE MADE IN USA | | |
| | $24.48 | | |

Payment Detail pago
- Cash
- Letter of Credit
- Other

Name
Number
Expire

| | |
|---|---|
| SUBTOTAL | $85,186.08 |
| CREDIT | 20,000.00 |
| TOTAL | $65,186.08 |

*Import & Export*

HDSZ-00077

World Commerce

# EXHIBIT 2

**ATM, inc**
Willemstad, Curacao
Tel. 599-9-8339219 Fax 599-9-8339218

Invoice # 243

# INVOICE

Client

| | |
|---|---|
| Name | GLOBAL COSMETICS INT. |
| Address | 159 Lakeville Road, New Hyde Park |
| City | New York |
| Phone | 516-352-3500 |

| | |
|---|---|
| Date | 30-Mar-04 |
| order # | |

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,150 | Reynolds 109153 Roll of 75 sq. Feet (75'x12")<br>Case pack 24 unit each | 33.14 | 104,391.00 |
| | GOODS ARE MADE IN THE USA | | |
| | 36.31 | | |

| | |
|---|---|
| SUBTOTAL | $104,391.00 |
| CREDIT | 20,000.00 |
| | |
| TOTAL | $84,391.00 |

Payment Detail pago

- ● Cash
- ○ Letter of Credit
- ○ Other

Name ____________________
Number ____________________
Expire ____________________

*Import & Export*

*World Commerce*

HDSZ-00078

# EXHIBIT 3

pr 15 04 10:52a p.1

PURCHASE ORDER
COMMONWEALTH WHOLESALE CORP.
1140 E. HALLANDALE BEACH BLVD.
SUITE B
HALLANDALE, FL 33009

REPRINT
NO. 036873
Page 1
04/05/04

VENDOR: EURTRA
EURO TRADE SERVICES

NEW YORK, NY

SHIP-TO: 99
PICK UP IN MIAMI, FL

| UYER | TERMS | SHIP VIA | FOB | FREIGHT | REF# | EXPECTED |
|---|---|---|---|---|---|---|
| 001 | DUE UPON RCPT | | MIAMI, FL | PREPAID | 36873 | 04/09/04 |

| TEM | DESCRIPTION | UNITS | UM | COST | UM | EXTENSION |
|---|---|---|---|---|---|---|
| 090000028 | REYNOLDS HD FOIL 12/75 FT | 3888 | CS | 24.00 | CS | 93312.00 |

HDSZ-00142

| AMOUNT | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| 93312.00 | 0.00 | 0.00 | 93312.00 |

CURRENCY US DOLLARS

# EXHIBIT 4

pr 15 04 10:52a p.2

PURCHASE ORDER
COMMONWEALTH WHOLESALE CORP.
1140 E. HALLANDALE BEACH BLVD.
SUITE B
HALLANDALE, FL 33009

REPRINT
NO. 036874
Page 1
04/05/04

VENDOR: EURTRA
EURO TRADE SERVICES

NEW YORK, NY

SHIP-TO: 99
PICK UP IN MIAMI, FL

| JYER | TERMS | SHIP VIA | FOB | FREIGHT | REF# | EXPECTED |
|---|---|---|---|---|---|---|
| 001 | DUE UPON RCPT | | MIAMI, FL | PREPAID | 36874 | 04/09/04 |

| TEM | DESCRIPTION | UNITS | UM | COST | UM | EXTENSION |
|---|---|---|---|---|---|---|
| 090000015 | REYNOLDS FOIL 24/75 FT | 3150 | CS | 35.75 | CS | 112612.50 |

HDSZ-00140

| AMOUNT | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| 112612.50 | 0.00 | 0.00 | 112612.50 |

CURRENCY US DOLLARS

# EXHIBIT 5

EURO-TRADE SERVICES
HESSENBERWEG-3
1101 B.S. AMSTERDAM
ZUID OOST
THE NETHERLANDS

Invoice # **242**

# INVOICE

Client
Name: COMMONWEALTH WHOLESALE CORP.
Address: 1140 E. HALLANDALE BEACH. BLVD.
City: HALLANALE BEACH, FL. 33309
Phone: 954-458-9998

Date: 15-Apr-04
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,888 | Reynolds 109283 Roll of HD 75 sq. Feet (50'x18") HD case pack 12 units each | 24.00 | 93,312.00 |

| | |
|---|---|
| SUBTOTAL | $93,312.00 |
| CREDIT | |
| TOTAL | $93,312.00 |

Payment Detail pago
- Cash
- Letter of Credit
- Other

Name
Number
Expire

*Import & Export*

HDSZ-00154

*World Commerce*

# EXHIBIT 6

EURO-TRADE SERVICES
HESSENBERWEG-3
1101 B.S. AMSTERDAM
THE NETHERLANDS

Invoice # 243

# INVOICE

Client
Name COMMONWEALTH WHOLESALE CORP.
Address 1140 E. HALLANDALE BEACH BLVD.
City HALLANDALE BEACH, FL.
Phone 954-458-9998

Date 15-Apr-04
order #

| Case | Description | Case Price | Amount |
|---|---|---|---|
| 3,150 | Reynolds 109153 Roll of 75 sq. Feet (75'x12")<br>Case pack 24 unit each | 35.75 | 112,612.50 |

Payment Detail pago
- Cash
- Letter of Credit
- Other

Name
Number
Expire

| | |
|---|---|
| SUBTOTAL | $112,612.50 |
| CREDIT | |
| TOTAL | $112,612.50 |

*Import & Export*

*World Commerce*

HDSZ-00155

# EXHIBIT 7

WACHOVIA WEBINVISION Corporate Information | Contact Us

- HOME
- CORPORATE AND INSTITUTIONAL
- CASH MANAGEMENT
- WEBInVision
  - Customer Menu
  - Quick Reference Guide
  - Help
  - Support
  - Logoff

## FT Outgoing Inquiry

| Acct # / Line Sheet / Type / Fed Ref/Mir | Amt (USD) / Value Date / Control # | Bene Bk Name / Bene Name / Status | Bene Bk R/T / Bene Acct # | Bene Address / BBI | RFB / OBI / Post Date/Time | Curr Type / Exch Rate / For Amt |
|---|---|---|---|---|---|---|
| 2000007473845<br>EURTRA<br>FED | 205,840.75<br>04/19/2004<br>040419014036 | LANSCHOT BANKIERS NV F. VAN<br>EURO TRADE SERVICES<br>RELEASED | FVLBNL22<br>225893509 | HESSENBERWEG-3 1101 B.S. AMSTERDAM THE NETHERLANDS<br>/ACC/2501 ELS GRAVENSHAGEN PO BOX 13456 THE HUGE THE NETHERLANDS | PO#S 36873, 36874<br>04/19/2004 11:33 | |

Next Outgoing Inquiry | Entry | Verify Cancel | Line Sheet Inquiry | Line Sheet Maintenance | Available Balance

Attn: Herman

Privacy | © Legal Information | Security

# EXHIBIT 8

***REFERENCE 04150409***

# *UNIVERSAL WAREHOUSE & DISTRIBUTION SERVICE, INC.*

## NON NEGOTIABLE WAREHOUSE RECEIPT

**DATE:** April 15, 2004

This is to certify that we have received into storage at

3400 McIntosh Road,
Foreign Trade Zone #25, Port Everglades,
Fort Lauderdale, Florida 33316.

For the accont of [redacted]

In apparent good order, except as noted herein (contents, condition and quality unknown) the following described property, subject to all the terms and conditions combined herein, such property to be delivered to the depositor upon the payment of all storage, handling and other charges.

| Description | CASES | | UPC | CASE CODE | Damage | | |
|---|---|---|---|---|---|---|---|
| REYNOLDS WRAP | 3887 | | 0-109283-4 | 1090000028 | 1 DAM | 16 YDS. x 18 INCH | |
| REYNOLDS WRAP | 3150 | | 0-109153-4 | 1090000015 | | 25 YDS. x 12 INCH | |

UNIVERSAL WAREHOUSE & DISTRIBUTION, INC. Will not be responsible for loss or damage to goods in its warehouses, on its docks, or in open storage on its property caused by fire, frost, heating, leakage from containers, sweating, evaporation, natural shrinkage, wastage or decay, insects, leakage or discharge from fire protection systems, riots, strikes, war or insurrection, insufficient notification, tropical storms and hurricanes, or any cause unavoidable or beyond its control.

Merchandise covered by this warehouse receipt is not insured by UNIVERSAL WAREHOUSE & DISTRIBUTION, INC. For the benefit of the depositor for damage or loss by fire or any other casualty.

The liability of the warehouseman (UNIVERSAL WAREHOUSE & DISTRIBUTION, INC.) as to each article, item or unit stored is limited to the actual value of such article, item or unit, but not to exceed ten times the amount of the base monthly storage rate for that article, item or unit. It is provided, however, that such liability may, on written request of the storer at the time of signing a storage agreement or within a reasonable time after receipt of this warehouse receipt, be increased on part or all of the goods hereunder, in which event increased rates shall be charged based upon such increased valuation. The warehouseman's maximum liability shall in no event exceed the actual cost per article, item or unit to the storer and in no case shall the liability be extended to include any loss of profit

UNIVERSAL WAREHOUSE & DISTRIBUTION, INC. Claims a lien for all lawful charges for storage, transportation, labor, weighing, coopering and other charges and expenses in relation to such goods. It also claims a lien for such charges and expenses in relation to other goods of the depositor whether or not covered by this warehouse receipt.

By: ______________________
For: Universal Warehouse & Distribution Service, Inc.

# EXHIBIT 9

Universal Wa[illegible]se and Distribution
P.O. Box 228[illegible]
Ft. Lauderdale [illegible] 33335

# Invoice

| Date | Invoice # |
|---|---|
| 4/16/2004 | 2015 |

**Bill To**

GLOBAL CO[illegible]ICS INTERNATIONAL
[illegible]LAKEVI[illegible]D
[illegible]W HYDE [illegible] NY 11040
[illegible]352-3[illegible]
[illegible]352-3[illegible]

**Ship To**

GLOBAL COSMETICS INTERNATIONAL
159 LAKEVILLE RD
NEW HYDE PARK, NY 11040
516-352-3500 TELL
516-352-3509 FAX

| [illegible] | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| [illegible] | Due on receipt | JB | 4/16/2004 | BEST WAY | FT LAUDERDALE | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| [illegible] | [illegible]RT | SORTING & RESTACKING ITEM# 1090000028 FOIL PER HERMAN | 0.08 | 310.88 |

Thank you for your [illegible]ess.

**Total** $310.88

HDSZ-00165

# EXHIBIT 10

**Justo Villarreal / Latin Import (Panamá)**

**De:** "Mike Xu/Ashburn" <ashburn@mail.nbptt.zj.cn>
**Para:** "Justo Villarreal /Latin Import (Panamá)" <jvp52@hotmail.com>
**Enviado:** Miércoles, 13 de Agosto de 2003 08:04 p.m.
**Asunto:** Re: From Latin Import (Panama)

Dear Justo Villarreal:

Thanks for your email. Nice to hear that you are very interest in our product in your market. Expect to make effort by us. will have good result. Regarding to your problem in email. Answer as follows:
1 Price. First of all, I think 15% discount is too big to do. As you know that Reynold packing is not same with common box, It is very expensive than others, So the cost is high Also we had exported our goods to this market, As per our experience, Our price is have competivity in this market let me repeat the price as per your discription.
25ft*12in*11micron:0.325usd/roll 15micron:0.385usd/roll
25ft*18in*11micron:0.435usd/roll 15micron:0.525usd/roll
75ft*12in*11micron:0.705usd/roll 15micron:0.895usd/roll
50ft*12in*11micron:0.53usd/roll 15micron:0.65usd/roll
75ft*18in*11micron:1.02usd/roll 15micron:1.31usd/roll
price is based on FOB NingBo and Reynold box quality. However, Consider to first cooperation with you and develop the more bigger market . I am considering to make concession on our price, in order to win the market. Pls check the following price:
25ft*12in*11micron:0.305usd/roll 15micton:0.365usd/roll
25ft*18in*11micron:0.415usd/roll 15micron:0.495usd/roll
75ft*12in*11micron:0.665usd/roll 15micron:0.845usd/roll
50ft*12in*11micron:0.505usd/roll 15micron:0.615usd/roll
75ft*18in*11micron:0.965usd/roll 15micron:1.235usd/roll
Re: Country of Origin, Ok, We will make the same sample with yours.
BestRegards!
Mike

----- Original Message -----
**From:** Justo Villarreal / Latin Import \ (Panamá) <jvillarreal@cwpanama.net>)
**To:** Mike Xu/Ashburn
**Sent:** Wednesday, August 13, 2003 11:51 PM
**Subject:** Re: From Latin Import (Panama)

Dear Mike,

Thanks for your e-mail. We have great interest in introducing your product in our market but before we have 2 important matters that we would like clarify.

PRICES

According our last request, I thank you if you can improve your prices 15%. With this level of prices I could introduce your household aluminium foil rolls.

COUNTRY OF ORIGIN

Is very important if you can manufacture REYNOLDS WRAP but including "MADE IN USA". We have an important clients that can

buy 5 monthly 40'HQ containers. I need that you first confirm us it to send you the respective samples.

Regards,

Justo Villarreal
Latin Import (Panama)

----- Original Message -----
From: Mike Xu/Ashburn
To: Justo Villarreal /Latin Import (Panama)
Sent: Monday, August 11, 2003 7:13 PM
Subject: Re: From Latin Import (Panama)

Dear Justo Villarreal:

Thanks for your email and advise.

Re: Aluminium Foil Price: I think you can check the market and give your target price to us in order to check again. As Main dealer in this field. I think Our price will be more competitive for your market and We have a long business experience in your market. So I am sure that our price will be more better for you.

Pls check the price again and advise me. I will check and give you more better price to you If i can. Expect to have a good business with you.

If you have any need and question pls feel free to contact with me.

BestRegards!

Mike Xu

------Original Message ------
From: Justo Villarreal /Latin Import (Panama)
To: Mike Xu
Sent: Tuesday, August 12, 2003 12:08 AM
Subject: From Latin Import (Panama)

Dear Mr. Mike Xu,

Thanks for your reply.

To try to communicate us for e-mail, Please reply me to my private e-mail : jvp52@hotmail.com.

About the prices, I am studying the prices to request you those I consider effective to my market.

Best Regards,

Justo Villarreal
Latin Import (Panama)

Unregistered Version - Subscribe today and get much more!

08/14/2003

# EXHIBIT 11

**Justo Villarreal / Latin Import (Panama)**

**De:** "Mike Xu/ashburn" <ashburn@mail.nbptt.zj.cn>
**Para:** "Justo Villarreal /Latin Import (Panama)" <jvp52@hotmail.com>
**Enviado:** Viernes, 26 de Septiembre de 2003 08:08 p.m.
**Asunto:** Fw: Reynolds samples and Fw: wire transfer

Dear Justo Villarreal:

Could you send the fax to me again. Because I can not read the fax. Thanks !

Bestregards!

Mike

----- Original Message -----
**From:** Mike Xu/ashburn
**To:** Justo Villarreal /Latin Import (Panama)
**Sent:** Friday, September 26, 2003 8:08 AM
**Subject:** Re: Reynolds samples and Fw: wire transfer

Dear Justo Villarreal:

Thanks for your email; Yes we had recieved your T/T Transfer for the Reynold. and also i had asked them to make the sample as per the origial box. will advise you and send to you when they are finished.

Re: Payment ok, confirm 30% T/T For deposit of each order.

best regard!

Mike

----- Original Message -----
**From:** Justo Villarreal / Latin Import \ (Panama) <jvillarreal@cwpanama.net>)
**To:** Mike Xu
**Sent:** Friday, September 26, 2003 7:24 AM
**Subject:** Reynolds samples and Fw: wire transfer

Dear Mike Xu,

I thank you if you confirm me if you received our transfer for the Reynolds samples. About the samples topic, I am sure that you are very professional and will make very good samples. Only I want to remember that these samples should be same that the original samples that I sent you. At this time we have 2 order of Reynolds and only we are waiting your samples to send you the 30% deposit of each order. Attach I send you our 2 first orders. You could feel sure that if your samples are approved, will be buying an average of 5 monthly containers.

Looking forward to hearing from you very soon,

Justo Villarreal
Latin Import (Panama)

----- Original Message -----
**From:** Justo Villarreal / Latin Import (Panama)
**To:** Mike Xu
**Sent:** Wednesday, September 24, 2003 8:48 AM
**Subject:** Fw: wire transfer

Dear Mike,

Please, confirm us if you received our wire transfer for the samples.

Regards,

Justo Villarreal
Latin Import (Panama)

----- Original Message -----
**From:** Justo Villarreal / Latin Import (Panama)
**To:** Mike Xu
**Sent:** Monday, September 22, 2003 12:41 PM
**Subject:** wire transfer

Dear Mike Xu,

Attach I send you copy of our transfer for $ 300 corresponding to the samples. Please make the same samples sizes that we sent you.

Regards,

Justo Villarreal
Latin Import (Panama)
Tel. 507-214-3700 Fax 507-214-3699

Unregistered Version - Subscribe today and get much more!

# EXHIBIT 12

**Justo Villarreal / Latin Import (Panama)**

**De:** "Mike Xu/ashburn" <ashburn@mail.nbptt.zj.cn>
**Para:** "Justo Villarreal /Latin Import (Panama)" <jvp52@hotmail.com>
**Enviado:** Viernes, 14 de Noviembre de 2003 07:28 p.m.
**Asunto:** Re: samples

Dear Justo:

Thanks for your email.

Yes, regarding to the sample. I only send the empty box to you for Box approval.

Pls check the box are ok.??

Re: Inside Box Problem: The color of box inside is grey, not brown, we can not offer the brown color of the box inside.

Re: Thickness, As per the order. 75ft*12in is 11micron and 50ft*18in is 15micron, So we can supply the same with your order, and also we will add a sticker on the end of the roll.

Re we can wending the foil on core as per your noted, that the Glossy Part facing down.

so pls check the box again and pls confirm they are ok!

best regards!

Mike

----- Original Message -----
**From:** Justo Villarreal /Latin Import (Panama)
**To:** Mike Xu/ashburn
**Cc:** Fred Harrick
**Sent:** Saturday, November 15, 2003 4:57 AM
**Subject:** Re: samples

Dear Mike,

I have just received the samples of the box of the 2 requested models. Only the boxes but not the rolls.

I sent you a list of problems to be fixed and included problems inside the box and with the roll and now we could not see if fix these problems. Could think that you fixed ?? I dont know.

Attach find the mentioned list of problems that I sent you time ago .

Hi Justo,

I checked the Regular 75 x 12 roll. Here is what I noticed about the product you sent.

1) Outside box : Pink and Blue color is off a little.
2) Outside box: When you open the box the right and left flap is different on sample vs original.
3) Outside box: The metal cutter which cuts the aluminum is different on the sample vs original.
4) Outside box: There are only 8 glue circles to close box on sample vs. 15 on the original.
5) Outside box: Where you see reynoldskitchens.com on the original the sample has a comma instead of a period.
6) Outside box: Notice where it says 75 SQ FT. The original has white border around blue 75. The white border is with different thickness going around the 75, while the sample is with the same thickness throughout.
7) Outside box: The typeset in the blue color needs to be moved slightly to the right. When you line up the typeset against the original it is too far to the left side.

**8) Inside box: Inside box color is grey and the original is brown. Maybe that is throwing off the color on the outside.**

**9) Inside box: Thickness of aluminum is much thinner than original. Very thin. It tears without effort. Needs to be thicker.**

**10) Inside box: Aluminum is rolled up with the glossy part facing up. Needs to be rolled with glossy facing down.**

I want to send the respective deposit but I need to be sure that you fix all the problems.

Please I need your reply as soon as possible,

Regards;

Justo Villarreal
Latin Import (Panama)

----- Original Message -----
From: Mike Xu/ashburn
To: Justo Villarreal /Latin Import (Panama)
Sent: Thursday, November 13, 2003 9:19 PM
Subject: Re: samples

Dear Justo:

Tracking No: TNT 671606015

Pls confirm when you get.

best regards!@

Mike

# EXHIBIT 13

**Justo Villarreal / Latin Import (Panama)**

**De:** "Mike Xu/ashburn" <ashburn@mail.nbptt.zj.cn>
**Para:** "Justo Villarreal /Latin Import (Panama)" <jvp52@hotmail.com>
**Enviado:** Martes, 18 de Noviembre de 2003 07:36 p.m.
**Asunto:** Re: From Latin Import (Panama)

Dear Justo Villarreal:

Re: Thickness. For 75ft*12in, the thickness is 11mciron. also the price is based on this. But the 50ft*18in is 15micron. there is a very big difference on the thickness.

we can not make the 75ft*12in in 15micron but the price is on the 11micron. there is a big difference. Pls check this and our last email.

best regards

Mike

----- Original Message -----
**From:** Justo Villarreal / Latin Import (Panama)
**To:** Mike Xu
**Sent:** Wednesday, November 19, 2003 1:06 AM
**Subject:** From Latin Import (Panama)

Dear Mr. Mike Xu,

The matter is the following,

Thickness.

Forget the thickness requested in our orders. Could you make the 75ft*12 and the HD 50ft*18 with the same thickness of the respective samples that I sent you time ago ?

Please confirm us it to proceed with the deposit.

Regards,

Justo Villarreal
Latin Import (Panama)

# EXHIBIT 14

**Justo Villarreal / Latin Import (Panama)**

**De:** "Mike Xu/ashburn" <ashburn@mail.nbptt.zj.cn>
**Para:** "Justo Villarreal /Latin Import (Panama)" <jvp52@hotmail.com>
**Enviado:** Jueves, 20 de Noviembre de 2003 07:28 p.m.
**Asunto:** Fw: From Latin Import (Panama)

86-13958354122

Dear Justo Villarreal:

Thanks for your email.

Really we also do have no way, Because recently the Material Price is increased very High, So we have to change the price. However, Consider your condition at your side.

Let me re-check again. and Pls confirm the following:

50FT*18IN*19MICRON: 1.08USD/ROLL

75FT*12IN*15MICRON:0.86USD/ROLL 0.85

Re:Master Carton, is same with your sample. But Pls note: the master carton's printing will same with your sample, But not everything same.

At last I have something to tell you: Consider this USA Brand. also there is a "R" on the inner box and master carton. I would like to get one autroised certificate from you for the Brand. It is only for using at our side. No matter with you. Also could you accept to change some carton at the door of the container which is used in our regular carton.

Anyway Pls check the above.

best regards!

Mike Xu

----- Original Message -----
**From:** Justo Villarreal / Latin Import (Panama)
**To:** Mike Xu
**Sent:** Friday, November 21, 2003 6:07 AM
**Subject:** From Latin Import (Panama)

Dear Mike,

Thanks for your e-mail.

# EXHIBIT 15

# Latin Impor SRL, S.A.

Ave. Balboa, Centro Comercial Bay Mall, # 311C
Apartado Postal 55-1564 Paitilla, Panamá, Rep. de Panamá
Tel. (507) 214-3700 Fax (507) 214-3699

## PURCHASE ORDER

TO: Ningbo Ashburn Aluminum Foil
Atn.: Mike Xu
Tel. 0086-574-62823808 Fax 0086-574-62811202

DATE: 28-Nov-03

P.O # 1106-03

| ITEM | QTY. | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | 40' container | | |
| 1 | 3,888 | Case of "Reynolds" 109283 HD 50feet x 18inch x 19 microm (75 sq. Feet) Case pack 12 unit each | 12.960 | 50,388.48 |
| | | | SUBTOTAL | $50,388.48 |
| | | | TOTAL | $50,388.48 |

CONSIGNEE TO: Curacao Free Zone Distributors, Inc.

NOTIFY TO: Curacao Free Zone Distributors, Inc.

DISCHARGE PORT: Willemstad, Curacao

Thank You

**Justo Villarreal Prado**

jvillarreal@cwpanama.net

# EXHIBIT 16

**Latin Impor' SRL, S.A.**
Ave. Balboa, Centro Comercial Bay Mall, # 311C
Apartado Postal 55-1564 Paitilla, Panama, Rep. de Panamá
Tel. (507) 214-3700 Fax (507) 214-3699

# PURCHASE ORDER

**TO:** **Ningbo Ashburn Aluminum Foil**
Atn.: Mike Xu
Tel. 0086-574-62823806 Fax 0086-574-62811202

**DATE:** 26-Nov-03 **P.O # 1107-03**

| ITEM | QTY. | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | 40' container | | |
| | | | | |
| 1 | 3,150 | Case of "Reynolds" 109153 75feet x 12inch | 20.400 | 64,260.00 |
| | | x 15 microm. (75 sq. Feet) | | |
| | | Case pack 24 unit each | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | SUBTOTAL | $64,260.00 |
| | | | | |
| | | | TOTAL | $64,260.00 |

**CONSIGNEE TO:** Curacao Free Zone Distributors, Inc.

**NOTIFY TO:** Curacao Free Zone Distributors, Inc.

**DISCHARGE PORT:** Willemstad, Curacao

Thank You

**Justo Villarreal Prado**

jvillarreal@cwpanama.net

# EXHIBIT 17

October 25, 2004

UPC 109283-4
gauge

Mrs. [redacted]
Palatine, IL 60074

The Reynolds Kitchens
P.O. Box 85583
Richmond, VA 23285-5583

Dear Sir/Madam:

Enclosed you will find four (4) different sheets of aluminum foil.
I have used your product for years and must tell you I have **NEVER** had a problem with your product. My recent purchase; however, has left me feeling **very** dismayed and disappointed in the **quality of your product**. I have always felt your "heavy duty" foil, **which I spend the extra money** to pay for the "heavier foil", **is in fact no longer a HEAVY DUTY FOIL.**

I thought perhaps there was a mistake at your plant and so I decided to purchase yet **another** 75 sq. ft. heavy duty foil, but it seems Reynolds has adopted cost cutting measures by **labeling and advertising** their product as heavy duty, when in fact there is **no difference in thickness between your regular 200 sq. ft. product and your 75 sq. ft. heavy duty foil.** I couldn't help but think: Is this some kind of joke? If so, I sure am furious for the money I spent on not once, but twice on your foil, believing there had to be a mistake. But the second purchase proved to be as **thin** as the first and I could have saved a bundle by simply buying your 200 sq. ft. **regular** foil, despite the "heavy duty" foil **I needed for my week's worth of barbecues.**

I wanted to call Reynolds, but unlike other products who **do** list their phone number, there was none to be found on your boxes. (No, we do not have the internet.). Therefore, since I did happen to have some of your "older" foil, there was a noticeable difference in thickness as each family held a sample of the old, original foil and a sample of the new one stocked on the store shelves. It was so obvious to all of us. I also noticed that there's a difference in the **pink hue** color on the box which allowed me to determine the **original** foil from the **newer one.**

*I then decided I would try one more experiment and that was to purchase a "JEWEL'S" brand 75 sq. ft. heavy duty foil and GEE! I was actually thrilled to find a product that was comparable to your first original product and thickness. I have enclosed samples of everything for your "touch" as you will:*

*- feel the similarities between the 200 ft. and 75 ft. sheets in your product.*

*that from Jewels.*

*All I know it that the oven lining and barbecuing uses I became so dependant upon because of the aluminum strength your product had at one time, no longer exists. In order for me to continue using your product, I have had to double the foil to equal the strength ONE LAYER of your sheet used to provide for me. As a result, I have gone through two (2) boxes so quickly and can't believe how deceptive it is to read that your label still states the same 6.96m2 strength.*

Since your package states unconditional guarantee, I respectfully request a refund for the two (2) boxes of foil I purchased. (No, I did not save the receipts because I always had faith in your product. I can only tell you that I purchased them at Cub foods in Arlington Heights on Rand Road. You can certainly call them and find out the costs I paid along with the taxes for that area). Actually, I am on my third box before it dawned on me to test out another brand which has proven stronger than yours. (I will swallow the loss of my third box: no need to refund me that). I must say; however, that **I NEVER THOUGHT ANY COMPANY could EVER POSSIBLY compare to your high quality, standards, and strength!** Did you really think that we "Moms" and "homemakers" are that naive? No need to answer that, because I guess you did if this is the kind of product you're having the store shelves stocked with.

In closing I'd like to add that due to my extreme disappointment, I was considering contacting our channel 2 news (Pam Zechman) who fights for consumer rights, but I am a true believer in contacting you first to hear what your response and actions will be in restoring my faith in the many years I've used your product. I am in my fifties and can assure you that I have been a loyal and faithful buyer for many, many, many years as was my mother before me! I have **NEVER** deterred or switched or even attempted trying out another brand of aluminum foil because:

- Yours was always superior (!)
- I never trusted "off" brand products.
- There was never any reason to.
- Your product always superseded all other brands.

There are probably many more reasons I can list, but for now am closing and look forward to your immediate reply.

Sincerely,

Mrs. [redacted]

Enc.

Sept. 20, 2004

To: Reynold's Kitchens

What's going on with the Heavy-Duty aluminum foil? Consumers aren't stupid — especially after buying your product all these years. I finished the old roll and opened a new one - exactly the same packaging except the original was 37 1/2' and the new ones were 75'.

I couldn't believe how thin it was - just like regular alum. foil.

Here's a sampling so you can see!

UPC's 109243-6 - like this one
109283-4 - new
109283-4 - new

Over! →



From Reynolds Wrap "Heavy Duty" 37 1/2 feet
Bar Code: 109243



Duty

On
bein
dismayed
and saw it.
to, "Oh, they're trying to fool us." My husband said, "maybe it's just that one." But I opened up another one and the same. Both are 75' long and the 2 Bar codes the same. This is like the regular alum. foil - not heavy duty - which I usually keep on hand too. My mother-in-law couldn't figure it out either. If it costs more to make the old kind (heavy-duty) we'll pay

(next page)

- 3 -

it to get what we want.

Thank you [redacted]

P.S. Why do all these companies keep changing everything? Usually it's better if the old quality way. I'm not that old - I'm 51, by the way.

Examples:

Dannon changed their 8 oz yogurt to 6 oz. Annoying! Gives the feeling it's just to sell more.

Palmolive's "new improved" Spring Sensations - Fresh Green Apple scent is terrible. I finally couldn't take it anymore and threw the whole bottle out after I called them →

It smells like fingernail polish remover when you're washing dishes!

Thanks for listening.
I still remember your TV ads from the early 1960's.

[redacted]

Milford, Michigan
48380

Telephone: [redacted]

Of course I had to double up lining up my baking sheet. Is that the ultimate goal?. It's so thin we have to use more?

# EXHIBIT 18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALCOA INC., et al.,

Plaintiffs,

-against-

ATM, INC., et al.,

Defendants.

**ORDER**
04-CV-5225 (DRH)(WDW)

**HURLEY, District Judge:**

The Clerk of the Court having issued a Notation of Default, default judgment is hereby entered against defendant Herman Donnenfeld, and this action is respectfully REFERRED to United States Magistrate William D. Wall pursuant to 28 U.S.C. Section 636(b)(3) for an inquest on damages and attorneys' fees. It is further ORDERED that the scope of the foregoing reference shall be deemed to encompass such additional authority as reasonable or necessary to perform the foregoing duties and as is not inconsistent with the Constitution and laws of the United States.

Defendant Herman Donnenfeld is permanently enjoined from: (i) using any of the Reynolds Wrap Marks or any marks confusingly similar thereto in connection with the manufacture, sale, offer for sale, distribution, advertisement, or any other use of aluminum foil; (ii) using any logo, trade name or trademark confusingly similar to any of the Reynolds Wrap Marks, which may be calculated to falsely represent or, which has the effect of falsely representing that the services or products of defendant or of others are sponsored by, authorized by or in any way associated with Plaintiffs; (iii) infringing any of the Reynolds Wrap Marks;

(iv) otherwise unfairly competing with Plaintiffs in the manufacture, sale, offering for sale, distribution, advertisement, or any other use of Reynolds Wrap aluminum foil; (v) falsely representing themselves as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act, which is likely to cause the trade, retailers or members of the purchasing public to believe that defendant is associated with Plaintiffs; (vi) using any reproduction, counterfeit, copy, or colorable imitation of any of the Reynolds Wrap Marks in connection with the publicity, promotion, sale, or advertising of aluminum foil; (vii) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being Reynolds Wrap aluminum foil and from offering such goods in commerce; (viii) diluting any of the Reynolds Wrap Marks; (ix) destroying any records documenting the manufacture, sale, offer for sale, distribution, advertisement or receipt of any product purporting to be Reynolds Wrap aluminum foil; and (x) assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (ix) above.

**SO ORDERED.**

Dated: Central Islip, N.Y.
August 15, 2005

/s______________________________
Denis R. Hurley,
United States District Judge

# EXHIBIT 19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALCOA, INC., et al.,

Plaintiff(s),

-against-

ATM, INC, et al.,

Defendant(s).
------------------------------------------------------------X

**ORDER**
CV 04-5225 (DRH) (WDW)

**WALL, Magistrate Judge:**

The matter having been referred to the undersigned by District Judge Hurley for the purpose of issuing a report and recommendation with respect to damages and attorney's fees flowing from the default of defendant Herman Donnenfeld, plaintiffs are directed to serve and file papers in support of their damages claim and attorney's fees by **September 20, 2007.** The papers shall include a memorandum of law and an affidavit from a person with knowledge of the relevant facts. Any papers from the defendant in opposition to the amounts sought shall be served and filed by **October 4, 2007.** If the plaintiffs believe that their papers on the motion for default are sufficient to support their claim for damages and attorney's fees, they should inform the court in writing that no further papers will be filed, and must serve a copy of that letter on the defendant Herman Donnenfeld. The undersigned asks that courtesy copies of the motion for default be sent to chambers.

The court will make its report and recommendation based upon the paper submissions filed by the parties unless a hearing is requested, in writing, by either party. If such a request is made, the date will be set after the final date for submission of papers has passed.

Counsel for plaintiffs shall serve a copy of this order on defendants. They shall also serve a copy of their damages papers, if any, or their letter stating that no further papers will be filed, on defendant Donnenfeld and shall file, along with their supporting papers, proof of service of those papers. Defendant shall serve his opposition papers to the damages claim on counsel for plaintiffs and shall file opposition papers with proof of service with the Court.

Dated: Central Islip, New York
September 6, 2007

**SO ORDERED:**

/s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge